# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DIMITRITZA TOROMANOVA, | |
| Plaintiff, | |
| vs. | 2:18-CV-01482-APG-VCF |
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, and RUSHMORE LOAN MANAGEMENT SERVICES LLC | **ORDER** |
| Defendants. | |

Before the court is Defendant Rushmore Loan Management Services LLC's Motion to Strike Plaintiff's First Amended Complaint (ECF NO. 53).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant Rushmore Loan Management Services LLC's Motion to Strike Plaintiff's First Amended Complaint (ECF NO. 53) is scheduled for 10:00 AM, May 20, 2019, in Courtroom 3D, United States District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

DATED this 24th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE