# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRITZA H. TOROMANOVA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS LLC, and RUSHMORE LOAN MANAGEMENT SERVICES LLC,<br><br>　　　　Defendants | Case No.: 2:18-cv-01482-APG-VCF<br><br>**ORDER (1) DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINT, (2) DENYING AS MOOT DEFENDANT'S MOTION TO STRIKE REQUEST FOR JUDICIAL NOTICE, AND (3) TERMINATING DEFENDANTS WFG AND U.S. BANK**<br><br>[ECF Nos. 43, 54, 66] |

In a June 3, 2019 hearing, Judge Ferenbach granted defendant Rushmore Loan Management Services, LLC's motion to strike plaintiff Dimitritza H. Toromanova's first amended complaint. *See* ECF No. 83. Thus, the operative complaint in this case is Toromanova's original complaint. ECF No. 1. Prior to Judge Ferenbach's ruling, however, defendants Rushmore and WFG National Title Insurance Company moved to dismiss the first amended complaint. ECF Nos. 54; 66. Those motions are now moot, so I dismiss them.

U.S. Bank, National Association and WFG were both named in Toromanova's first amended complaint but not named in her original complaint. *Compare* ECF Nos. 1, 51. Before filing her first amended complaint, Toromanova sought to join U.S. Bank and WFG to her original complaint, but Judge Ferenbach denied that motion. *See* ECF No. 36. As a result, U.S. Bank and WFG are no longer defendants in this case. Additionally, Rushmore moved to strike Toromanova's request for judicial notice related to her motion to join. ECF No. 43. Because that motion to join has been denied, Rushmore's motion to strike is now moot.

IT IS THEREFORE ORDERED that defendants Rushmore Loan Management Services, LLC's and WFG National Title Insurance Company's motions to dismiss plaintiff Dimitritza H. Toromanova's first amended complaint **(ECF Nos. 54, 66) are DENIED as moot.**

IT IS FURTHER ORDERED that Rushmore Loan Management Services, LLC's motion to strike Dimitritza H. Toromanova's request for judicial notice **(ECF No. 43) is DENIED as moot.**

IT IS FURTHER ORDERED that WFG National Title Insurance Company and U.S. Bank, National Association are dismissed as defendants in this action.

DATED this 14th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE