# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DIMITRITZA TOROMANOVA,<br><br>        Plaintiff,<br><br>vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC, and RUSHMORE LOAN MANAGEMENT SERVICES LLC,<br><br>        Defendants. | 2:18-cv-01482-APG-VCF<br>**ORDER** |

    Before the court is a Proposed Joint Discovery Plan and Scheduling Order ECF No. 88. Counsel of record for all named defendants signed the Discovery Plan. The space provided for Plaintiff's signature contains the statement, "DID NOT APPROVE."

    On June 7, 2019, Judge Gordon entered and order, ECF No. 87, granting ECF No. 84. This order grants defendant First American Trustee Servicing Solutions, LLC, nonmonetary status. This defendant is not required to participate any further in the action, except that it is required to respond to any discovery request as a nonparty participant and is bound by any order relating to the deed of trust at issue in this case.

    On June 14, 2019 Judge Gordon entered an order, ECF No. 93, dismissing WFG National Title Insurance Company and U. S. Bank, National Association from this action.

    The only remaining parties required to participate in this case are the Plaintiff Dimitritza Toromanova and defendant Rushmore Loan Management Services, LLC.

Accordingly,

IT IS HEREBY ORDERED that the Proposed Joint Discovery Plan and Scheduling Order, ECF No. 88, is not approved.

IT IS FURTHER ORDERED that, on or before July 12, 2019, Plaintiff Dimitritza Toromanova and Defendant Rushmore Loan Management Services, LLC, must file another Proposed Joint Discovery Plan and Scheduling Order.

Plaintiff Dimitritza Toromanova is cautioned that if she refuses to participate in the preparation of this filing as ordered by the court and in accordance with the applicable rules, sanctions may be imposed. In particular, plaintiff is directed to read this court's local rule LR 26-1(a) and to focus on the following language, "Plans . . . must include. . . in cases in which the parties disagree on the form or contents of the discovery plan, a statement of each party's position on each point in dispute."

DATED this 28th day of June, 2019.

———————————————
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE