WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendants Rushmore Loan Management Services LLC and U.S. Bank National Association, not in its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2016-CTT (erroneously named as "U.S. Bank, National Association, as Trustee")*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIMITRITZA TOROMANOVA,<br><br>            Plaintiff,<br><br>    vs.<br><br>FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; RUSHMORE LOAN MANAGEMENT SERVICES LLC,U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE; JUAN C. UNDA-LUQUIN AND MIGUEL UNDALUQUIN, AS TENANTS IN COMMON<br>            Defendants. | Case No.:  2:18-cv-01482-APG-VCF<br><br>**DEFENDANT RUSHOMORE LOAN MANAGEMENT SERVICES LLC AND U.S. BANK TRUST'S MOTION TO EXTEND TIME TO FILE RESPONSE TO  PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND JUDGMENT – FRCP 60 (FIRST REQUEST)** |

Defendants Rushmore Loan Management Services LLC and U.S. Bank National Association, not in its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2016-CTT (erroneously named as "U.S. Bank, National Association, as Trustee")(hereinafter "Defendants") hereby move to extend their deadline to file a response to Plaintiff's Motion for Relief from Judgment and Order – FRCP 60 [ECF No. 137] to September 29, 2020.

On August 31, 2020, Plaintiff filed her Motion for Relief from Judgment and Order – FRCP 60 [ECF No. 137].  Defendants were served with the Motion on the same date.  On September 8, 2020, Plaintiff filed Plaintiff's Errata to Request for Judicial Notice in Support of Motion for Relief [ECF No. 138].  The deadline for Defendants to respond to the Motion and

1  Errata is September 15, 2020.

2      Defendants reached out to Plaintiff via email to inquire as to whether Plaintiff would
3  agree to this extension.  Plaintiff has not responded.  Defendants seek the extension as they need
4  additional time to prepare and complete their response to Plaintiff's Motion and Errata.

5      WHEREAS, Defendants move this Court to extend their deadline to file a response to
6  Plaintiff's Motion for Relief from Judgment and Order – FRCP 60 [ECF No. 137] and Errata to
7  Request for Judicial Notice in Support of Motion for Relief [ECF No. 138] to September 29,
8  2020.

9      This is Defendants' first request to extend the time to file a response to the Plaintiff's
10 Motion and Errata. The extension is requested in good faith and is not for purposes of delay or
11 prejudice to any other party.

12     DATED this 14th day of September, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
*Attorneys for Defendants Rushmore Loan Management Services LLC and U.S. Bank National Association, not in its Individual Capacity but Solely as Trustee for the RMAC Trust, Series 2016-CTT (erroneously named as "U.S. Bank, National Association, as Trustee)*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  September 15, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that service of the foregoing **DEFENDANT RUSHOMORE LOAN MANAGEMENT SERVICES LLC AND U.S. BANK TRUST'S MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM ORDER AND JUDGMENT – FRCP 60 (FIRST REQUEST)** was made on the 14th day of September, 2020, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing system and/or by depositing a true and correct copy of the same in the U.S. Mail, certified mail, and/or registered mail, addressed as follows:

Dimitritza H. Toromanova
P.O. Box 19153
Las Vegas, NV 89132

*/s/ Jason Craig*
An Employee of WRIGHT, FINLAY & ZAK, LLP